# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ASHLEIGH MORENO and
CESAR MORENO GARCIA,**
        **Plaintiffs,**

    v.                                                **Case No. 14-C-0223**

**ERIC HOLDER, et al.,**
        **Defendants.**

## ORDER

The plaintiffs commenced this action by filing a complaint on March 3, 2014. The defendants are agencies, officers and employees of the United States, which means that service of process must be done in accordance with Federal Rule of Civil Procedure 4(i). Plaintiffs filed proofs of service indicating that they served each defendant by certified mail on April 1, 2014. On June 17, 2014, an attorney with the United States Department of Justice filed a letter on behalf of the defendants advising the court that it is the defendants' position that they have not been properly served because the plaintiffs have not served a copy of the summons and complaint on the United States attorney's office for this district, as required by Federal Rule of Civil Procedure 4(i)(1)(A). To date, the plaintiffs have not responded to this letter or otherwise taken any action to prosecute this case.

**IT IS ORDERED** that if the plaintiffs do not take some action to prosecute this case, such as filing a motion for additional time to serve the United States attorney's office, on or before **July 28, 2014**, the court will consider this case abandoned and dismiss it without prejudice for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 19th day of July, 2014.

                                    s/ Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge